**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**04 10775 DPW**

| | |
|---|---|
| Evangelia Bakis and Peter Bakis<br><br>   Plaintiffs,<br><br>v.<br><br><br>Patrons Mutual Insurance Company of Connecticut<br><br>   Defendant | CIVIL ACTION NO.<br><br>MAGISTRATE JUDGE _Bowler_ |

RECEIPT # _____
AMOUNT $ 150
SUMMONS ISSUED N/A
LOCAL RULE 4.1 ✓
WAIVER FORM ___
MCF ISSUED ___
BY DPTY. CLK. _____
4/16/04

### NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

TO:   Chief Judge and Judges of the
      United States District Court
      For the District of Massachusetts

   The defendant, Patrons Mutual Insurance Company of Connecticut ("Patrons"), files a Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446 in connection with the above captioned action. As grounds for its Notice of Removal Patrons states as follows:

1.   This action was commenced in Suffolk Superior Court and is now pending before the court.

2.   Patrons received service on the complaint on _April 14, 2004_.

3.   In the complaint the plaintiffs assert that they are residents of West Roxbury, Massachusetts.

4.   In the complaint, the plaintiffs allege that on October 23, 2003, the plaintiffs sent a Demand for Relief pursuant to M.G.L.A. c. 93A to Patrons requesting that Patrons provide coverage to them under policies no. BOP9008357, BOP9008400, BOP90084359, BOP9008401 and BOP9008358 in connection with a lawsuit filed by Suzanne Kelly in Suffolk Superior Court, Civil Action No. 02-4725E. The plaintiffs allege that they have they have been "harmed" as a result of Patrons failure to provide coverage under policies no. BOP9008357, BOP9008400, BOP90084359, BOP9008401 and BOP9008358.

5.   Patrons is a Connecticut Corporation with a principal place of business in Connecticut.

6.   Jurisdiction is founded on the complete diversity of citizenship between the

plaintiffs and the defendant. Given the plaintiffs' allegations, Patrons believes the amount in controversy exceeds $75,000.00 exclusive of interests and costs.

7. This notice is filed within 30 days of Patrons becoming aware of the diversity of the parties.

Wherefore, Patrons Mutual Insurance Company of Connecticut requests that this action be removed from the Suffolk Superior Court to the United States District Court for the District of Massachusetts.

Respectfully submitted,
DEFENDANT, PATRONS MUTUAL INSURANCE COMPANY OF CONNECTICUT,
By its Attorney,

_____
William F. Burke; BBO #065780
BURKE & McMENIMEN, P.C.
35 India Street, Third Floor
Boston, MA 02110
(617) 292-2300

Dated: 3-14-04

## CERTIFICATE OF SERVICE

I, William F. Burke, do hereby certify that I have this day sent copies of the within documents, postage prepaid, to counsel for the Plaintiffs, Patirck Dolan, Esq., Peabody & Arnold, LLP, 30 Rowes Wharf, Boston, MA 02110

Dated: 4-15-04

William F. Burke