UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04CV10775 DPW

FILED
IN CLERKS OFFICE
2004 JUN -7 P 12: 37
U.S. DISTRICT COURT
DISTRICT OF MASS.

Evangelia Bakis and Peter Bakis

   Plaintiffs,

v.

Patrons Mutual Insurance Company of Connecticut

   Defendant

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

**(1) Joint Discovery Plan**

| Proposed Deadline | Item |
|---|---|
| 7/07/04 | Initial Disclosures, per Rule 26(a)(1) |
| 10/01/04 | Completion of Answers to Interrogatories and Responses to Production Requests previously Propounded |
| 11/01/04 | Completion of fact discovery and depositions |
| 12/15/04 | Service of Plaintiff's written expert disclosures |
| 01/15/05 | Service of Defendants' written expert disclosures |
| 02/15/05 | Depositions of expert witnesses |

2

03/15/05                        Last date on which summary judgment motions
                                may be filed

                                Pre-Trial Conference

                                Trial

**(2)   Certifications**

Certifications pursuant to Local Rule 16.1 (D)(2) are attached as Exhibit 1.

PLAINTIFF, Evangelia Bakis and Peter Bakis,

_____
Patrick J. Dolan, Esq.
PEABODY & ARNOLD LLP
50 Rowes Wharf
Boston, MA  02110-3342
(617) 951-2100

JUN-07-2004 MON 13:08 PM BURKE & McMENIMEN PC   FAX NO. 6174575772   P. 05
Case 1:04-cv-10775-DPW   Document 4   Filed 06/07/2004   Page 3 of 3

3

DEFENDANT, Patrons Mutual Insurance Company of Connecticut
By its Attorney,

William F. Burke; BBO #065780
BURKE, McMENIMEN P.C.
35 India Street, Third Floor
Boston, MA 02110
(617) 292-2300

Dated: 6-7-04