FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT JUN -7 P 12: 37
DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
C.A. NO. 04CV10775 DPW DISTRICT OF MASS.

| |
|---|
| Evangelia Bakis and Peter Bakis <br><br> Plaintiffs, <br><br> v. <br><br><br> Patrons Mutual Insurance Company of Connecticut <br><br> Defendant |

### CERTIFICATION PURSUANT TO L.R. 16.1 (D)(3)

Counsel of record for the Plaintiffs, Peter Bakis and Evangelia Bakis, hereby certifies that he has conferred with the Plaintiffs regarding:

1) establishing a budget for the costs of conducting the full course of litigation; and

2) the resolution of this litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_/s/ Peter Bakis_
Peter Bakis

_/s/ Evangelia Bakis_
Evangelia Bakis

Dated: 6/7/04

_/s/ Patrick J. Dolan_
Patrick J. Dolan