UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED CLERKS OFFICE
2004 JUN -7 P 12: 37
U.S. DISTRICT COURT
DISTRICT OF MASS.

C.A. NO. 04CV10775 DPW

Evangelia Bakis and Peter Bakis
   Plaintiffs,

v.

Patrons Mutual Insurance Company of Connecticut
   Defendant

## CERTIFICATION PURSUANT TO L.R. 16.1 (D)(3)

Counsel of record for the Defendant, Patrons Mutual Insurance Company of Connecticut, hereby certifies that he has conferred with the Defendant and/or its authorized representative regarding:

1) establishing a budget for the costs of conducting the full course of litigation; and

2) the resolution of this litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

*Ann Wilson* (signature)
Ann Wilson
Authorized Representative
Of Patrons Mutual Insurance Company of Connecticut

Dated: 6-7-04    *William F. Burke* (signature)
                     William F. Burke