UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10775 DPW

| |
|---|
| EVANGELIA BAKIS AND PETER BAKIS<br>Plaintiffs<br><br>v.<br><br>PATRONS MUTUAL INSURANCE<br>COMPANY OF CONNECTICUT<br>Defendants |

### JOINT MOTION OF THE PARTIES TO EXTEND DISCOVERY

Now come the parties to the above-captioned matter and request that this Honorable Court extend the date for completion of discovery until March 15, 2005 and allow the parties to serve motions for summary judgment through April 30, 2005. As grounds wherefore, the parties state as follows:

1. In this claim, the Plaintiffs contend that the Defendant is obligated to provide them insurance coverage for certain claims raised by Suzanne Kelly in a personal injury action pending in the Suffolk Superior Court, Civil Action No. 02-4725E (the "Kelly litigation");

2. The Defendant denies that it is obligated to provide insurance coverage to the Plaintiffs in connection with the Kelly litigation;

3. The parties in the Kelly litigation are scheduled to mediate the claim before Attorney Paul Finn on December 23, 2004; if the mediation is unsuccessful, trial is scheduled for May 16, 2005;

4. The parties are seeking this enlargement of time to conduct discovery so as to enable the parties in the underlying Kelly litigation to attempt to resolve the matter. Such a resolution may have an impact on this claim;

5. This is the fist request the parties have made to extend the time for conducting discovery.

WHEREFORE, the parties respectfully request this Honorable Court extend the time for conducting discovery as outlined above.

EVANGELIA BAKIS AND PETER BAKIS

By their attorneys

_____
Robert P. Gill, BBO #192080
Patrick J. Dolan, BBO #564250
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100


Defendant, PATRONS MUTUAL INSURANCE COMPANY OF CONNECTICUT

By its Attorney

_____
William F. Burke; BBO#065780
Burke & McMenimen, P.C.
35 India Street, Third Floor
Boston, MA 02110
(617) 292-2300

Dated: 12/20/04

2