UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10775-DPW

| |
|---|
| EVANGELIA BAKIS AND PETER BAKIS<br>Plaintiffs<br><br>v.<br><br>PATRONS MUTUAL INSURANCE<br>COMPANY OF CONNECTICUT<br>Defendants |

## JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

Now come the parties to the above-entitled action and request that this Honorable Court extend the time to complete discovery. As grounds wherefore, the parties state as follows:

1.  In this claim, the Plaintiffs contend that the Defendant is obligated to provide them insurance coverage for certain claims raised by Suzanne Kelly in a personal injury action pending in the Suffolk Superior Court, Civil Action No. 02-4725E (the "Kelly litigation");

2.  The Defendant denies that it is obligated to provide insurance coverage to the Plaintiffs in connection with the Kelly litigation;

3.  The parties in the Kelley litigation recently were able to reach an agreement in principal to settle the claim. Part of the agreement requires Peter Bakis to obtain a refinancing of certain commercial properties. Because the settlement may be contingent upon Mr. Bakis successfully obtaining a refinancing, the trial date of May 16, 2005 has not been moved. Counsel for the Bakis' is hopeful that the matter will in fact be settled and no trial will be necessary;

4.  The parties previously made a request to extend discovery in the hopes that the underlying litigation with Suzanne Kelly could be settled. It appears that in fact now has occurred;

5. The parties are seeking an additional extension of discovery so that they can explore a resolution of this coverage dispute;

6. The parties would request that the Court extend discovery through May 16, 2005, extend the time for filing summary judgment motions to June 30, 2005 and schedule a further status hearing for late July or early August.

EVANGELIA BAKIS AND PETER BAKIS

By their attorneys

/s/
_____
Robert T. Gill, BBO #192080
Patrick J. Dolan, BBO #564250
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

Defendant, PATRONS MUTUAL INSURANCE COMPANY OF CONNECTICUT

By its Attorney

/s/
_____
William F. Burke; BBO#065780
Burke & McMenimen, P.C.
35 India Street, Third Floor
Boston, MA 02110
(617) 292-2300

Dated:

PABOS2:PDOLAN:609272_1
14381-88561