UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10775-DPW

| | |
|---|---|
| EVANGELIA BAKIS AND PETER BAKIS<br>Plaintiffs<br><br>v.<br><br>PATRONS MUTUAL INSURANCE<br>COMPANY OF CONNECTICUT<br>Defendants | |

## JOINT MOTION TO EXTEND THE SCHEDULING ORDER DEADLINES

Now come the parties hereto, and respectfully request that this Court extend the deadlines established by the Scheduling Order for 30 days. As grounds therefore, the parties state as follows:

1. In this claim, the Plaintiffs contend that the Defendant is obligated to provide them insurance coverage for certain claims raised by Suzanne Kelly in a personal injury action pending in the Suffolk Superior Court, Civil Action No. 02-4725E ("the Kelly litigation");

2. The Defendant denies that it is obligated to provide insurance coverage to the Plaintiffs in connection with the Kelly litigation;

3. The parties previously made a request to extend discovery in the hopes that the underlying litigation with Suzanne Kelly could be settled. It appears that in fact now has occurred;

4. The parties are seeking an additional extension of discovery so that they can explore a resolution of this coverage dispute;

5. The parties would request that the Court extend discovery through July 30, 2005, extend the time for filing summary judgment motions to August 30, 2005 and schedule a further status hearing for late August or early September.

RESPECTFULLY SUBMITTED,

PATRONS MUTUAL INSURANCE,
Defendant
By its attorney,

7·5·05

William Burke, Esq.
Burke & McMenimen P.C.
35 India St., 5th Floor
Boston, MA 02110
(617) 457-5752

EVANGELINA BAKIS AND PETER BAKIS
Plaintiffs,
By their attorneys,

7·5·05

Robert T. Gill, BBO 192080
Patrick J. Dolan, BBO 564250
PEABODY & ARNOLD
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 7·7·05

2