UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Docket No.: 1:04-cv-10775-DPW

EVANGELIA BAKIS and PETER BAKIS,
    Plaintiffs,

V.

PATRONS MUTUAL INSURANCE COMPANY OF
CONNECTICUT,
    Defendant.

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Now comes the defendant, Patrons Mutual Insurance Company, in the above-entitled action and respectfully moves this Honorable Court for an order entering summary judgment in its favor against the Plaintiffs, Peter and Evangelia Bakis, as to Counts I, II, and III of the Complaint. As grounds therefore, the defendant relies upon its memorandum of law, together with exhibits thereto, filed herewith.

    Respectfully submitted,
    DEFENDANT, Patrons Mutual Insurance Company,
    By its Attorney,

    /s/ William F. Burke
    William F. Burke; BBO #065780
    ADLER POLLOCK & SHEEHAN P.C.
    175 Federal Street, 10th Floor
    Boston, MA 02110-2890
    (617) 482-0600

Dated: August 18, 2005
*342657_1.doc*