UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Docket No.: 1:04-cv-10775-DPW

EVANGELIA BAKIS and PETER BAKIS,
    Plaintiffs,

V.

PATRONS MUTUAL INSURANCE COMPANY OF
CONNECTICUT,
    Defendant.

**DEFENDANT'S CONCISE STATEMENT OF THE
MATERIAL FACTS OF RECORD**

1. Patrons Mutual Insurance Company ("Patrons") issued the following "Businessowners Special" insurance policies [Exhibit 2], each containing commercial liability coverage, to Evangelia Bakis and the respective trusts identified infra. The policies were in effect on February 3, 2002:

    BOP9008357 – The 134 Belgrade Realty Trust;

    BOP9008400 – The 273 Belgrade Realty Trust;

    BOP9008359– The 297 Belgrade Realty Trust;

    BOP9008401 – The 296 Belgrade Realty Trust; and

    BOP9008358 – The 301 Belgrade Realty Trust

2. All policies provide: The term "insured" means "a. 'you' and 'your spouse', but only with respect to the conduct of a business of which you are the sole owner, if shown on the 'declarations' as an individual." [Exhibit 2]

3. The Commercial Liability Coverage section of each of these policies contains the following exclusion:

"We" do not pay for "bodily injury", "property damage". "personal injury", or "advertising injury" that arises out of the ownership, operation, occupancy, renting, loaning, supervision, maintenance, use, entrusting, "loading or unloading" of an "auto", aircraft, watercraft, or mobile equipment owned or operated by, rented to, or loaned to any "insured". [Exhibit 2]

4. In the early morning of February 3, 2002, one Suzanne Kelly, a pedestrian, was struck on the West Roxbury Parkway by a motor vehicle, and severely injured. The vehicle left the scene of the accident. [Exhibit 1]

5. The operator of the vehicle that struck Ms. Kelly was subsequently identified as Nicholas Bakis, the minor son of the Plaintiffs Peter and Evangelia Bakis.

6. Evangelia Bakis allowed her minor son, Nicholas Bakis to drive and Evangelia was a passenger in the vehicle operated by her son at the time of the accident referenced in paragraphs 4 and 5 above. [Exhibit 4 Depo. Evangelia, vol. I, Tr.110]

7. Evangelia Bakis owned the vehicle that struck Ms. Kelly. [Exhibit 4 Depo. Evangelia, vol. I, Tr.68-69; vol III, Tr.161; Exhibit 3 Depo. Peter, Tr.68-69.]

8. On February 3, 2002, Evangelia Bakis' vehicle was insured by a personal auto insurance policy that had been issued to the Plaintiffs by the Commerce Insurance Company.

9. Suzanne Kelly brought suit against Peter, Evangelia and Nicholas Bakis, alleging the following claims: (1) negligent operation of the vehicle, against Nicholas Bakis ("Nicholas"), a minor, and his mother, Evangelia Bakis (Evangelia") (Counts I and II); (2) negligent entrustment of the motor vehicle, to Nicholas, on the part of Evangelia (Count II); negligent supervision of Nicholas, by Evangelia, and by Nicholas' father, Peter Bakis ("Peter"), (Counts IV and V); civil

conspiracy, by Nicholas, Evangelia and Peter (Count VI); and intentional and negligent infliction of emotional distress by the three defendants (Counts VII – XII).

10. At the time of the accident, Nicholas and Evangelia were traveling from Nicholas' girlfriend's house to the Bakis home on Anawan Street in Roslindale.

11. At a subsequent date, Massachusetts State Police investigators traced the Mercedes to a garage at 297 Belgrade Avenue, in Roslindale. The premises at 297 Belgrade Avenue were insured by Patrons.

        Respectfully submitted,
        DEFENDANT, Patrons Mutual Insurance Company,
        By its Attorney,

        /s/ William F. Burke
        William F. Burke; BBO #065780
        ADLER POLLOCK & SHEEHAN P.C.
        175 Federal Street, 10th Floor
        Boston, MA 02110-2890
        (617) 482-0600

Dated: August 18, 2005

*342660_1.doc*