UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10775-DPW

EVANGELIA BAKIS AND PETER BAKIS
    Plaintiffs

v.

PATRONS MUTUAL INSURANCE
COMPANY OF CONNECTICUT
    Defendants

**ASSENTED TO MOTION OF THE PLAINTIFFS FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT OPPOSITION**

Now come the plaintiffs and respectfully request that this Honorable Court extend the time for filing an opposition to the defendants' Motion for Summary Judgment until September 8, 2005. As grounds for this motion, the plaintiffs state that:

1. The defendants filed a Motion for Summary Judgment on August 18, 2005;

2. The undersigned counsel for the plaintiffs is currently on vacation and will be returning by September 1, 2005;

3. The defendants have assented to this motion and no party will be prejudiced by its allowance.

WHEREFORE, the plaintiffs respectfully request that this Honorable Court extend the time for filing an opposition to the defendants' Motion for Summary Judgment.

Respectfully submitted,

EVANGELIA BAKIS AND PETER BAKIS

By their attorneys

/s/ Robert T. Gill
_____
Robert T. Gill, BBO #192080
Patrick J. Dolan, BBO #564250
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

Defendant, PATRONS MUTUAL INSURANCE COMPANY OF CONNECTICUT

By its Attorney

/s/ William F. Burke
_____
William F. Burke; BBO#065780
Adler, Pollock & Sheehan, PC
175 Federal Street
Boston, MA 02110
(617) 482-0600

Dated:

PABOS2:PDOLAN:621388_1

14381-88561

2