UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10775-DPW

EVANGELIA BAKIS AND PETER BAKIS
Plaintiffs

v.

PATRONS MUTUAL INSURANCE
COMPANY OF CONNECTICUT
Defendants

## STIPULATION OF DISMISSAL

Now come the parties to the above-captioned matter and hereby stipulate that all claims

and counterclaims be and are dismissed with prejudice, without costs, and with all rights of

appeal waived.

Respectfully submitted,

Plaintiffs, EVANGELIA BAKIS AND
PETER BAKIS

By their attorney,

_____
Patrick J. Dolan, BBO/#564250
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

Defendant, PATRONS MUTUAL
INSURANCE COMPANY OF
CONNECTICUT

By its attorney,

_____
William F. Burke; BBO#065780
Adler, Pollock & Sheehan, PC
175 Federal Street
Boston, MA 02110
(617) 482-0600

Dated:

PDOLAN:626011_1